UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA DONNELLY CORPORATION,

    Plaintiff,

v.

PILKINGTON NORTH AMERICA, INC.,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 4:06-cv-126
        1:08-cv-160

## ORDER GRANTING JOINT MOTION FOR RECONSIDERATION

This matter is before the Court on the parties' Joint Motion for Reconsideration of Order Denying Stipulation for Extension of Case Management Order (Dkt. #81). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Reconsideration of Order Denying Stipulation for Extension of Case Management Order (Dkt. #81) is **GRANTED** and the Court will grant the requested extension.

**IT IS FURTHER ORDERED** that the deadline to file the Joint Chart of Claims and Defenses is extended to **February 15, 2010**. The deadline for Plaintiff's Preliminary Expert Witnesses Disclosure is extended to **February 19, 2010**.

Date: February 2, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge