UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

MAGNA DONNELLY CORPORATION,

  Plaintiff,          Case No. 4:06-cv-126

v.                Honorable Paul L. Maloney

PILKINGTON NORTH AMERICA,
INC., et al,

  Defendants.
_____/

## ORDER

The above action was recently terminated. However, it contains the following document which was sealed by order of the Court:

Document #61 - Sealed Exhibit 1 (Affidavit of Niall Lynam) regarding docket #29.

WHEREAS, the Federal Archives and Records Center will not accept sealed records for storage,

IT IS HEREBY ORDERED that the parties show cause in writing within twenty-eight (28) days of the date of this order, why the document cannot be unsealed for eventual storage at the Archives. Failure to respond will result in the document being unsealed. The Court will not destroy or return records to the filer under any circumstances.

IT IS SO ORDERED.


Dated: April 28, 2010       /s/ Paul L. Maloney
bd              Honorable Paul L. Maloney
                Chief United States District Judge