UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MAGNA DONNELLY CORPORATION,

    Plaintiff,                                  Case No. 1:08-cv-160

v.                                                    Honorable Paul L. Maloney

PILKINGTON NORTH AMERICA,
INC., et al,

    Defendants.
_____/

## ORDER

The above action was recently terminated. However, it contains the following documents which were sealed by order of the Court:

Document 34, Sealed Exhibit A (Declaration of Dr. Niall Lynam), regarding Magna Donnelly Corporation's Response in Opposition (33) filed on 11/12/08;

Part of Document 39, Sealed Exhibit 8 (Magna Donnelly Presentation), regarding Pilkington North America, Inc.'s Reply (39); and

Document 57, Sealed Exhibit 1 (Affidavit of Niall Lynam).

WHEREAS, the Federal Archives and Records Center will not accept sealed records for storage,

IT IS HEREBY ORDERED that the parties show cause in writing within twenty-eight (28) days of the date of this order, why the documents cannot be unsealed for eventual storage at the Archives. Failure to respond will result in the documents being unsealed. The Court will not destroy or return records to the filer under any circumstances.

IT IS SO ORDERED.

Dated: April 28, 2010                              /s/ Paul L. Maloney
bd                                                        Honorable Paul L. Maloney
                                                          Chief United States District Judge