UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA DONNELLY CORPORATION,

    Plaintiff,

v.

PILKINGTON NORTH AMERICA, INC.
et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 4:06-cv-126
         1:08-cv-160

## ORDER REGARDING SEALED DOCUMENTS

On April 28, 2010, the Court issued an Order directing the parties show cause why certain documents cannot be unsealed for storage at the Archives. In its response, the plaintiff requests the opportunity to provide a redacted copy of the documents that may be unsealed. No response was received from the defendants. As current federal policy and law require without exception the Clerk retain a copy of all filed records, sending redacted copies to the Archives Center does not relieve the Court of its responsibility to retain the sealed documents. After consideration, the Court concludes the seal should be maintained on the documents at this time and will extend the life of the seal by ten years. Accordingly,

**IT IS HEREBY ORDERED** that the sealed documents shall remain sealed until **May 28, 2020**, at which times the parties may petition the Court for another extension of the life of the seal.

Date: May 28, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge